1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for YOLANDA BANKS,
5  Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-10-421-JAM
                                  )
12            Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                  )  **STATUS CONFERENCE AND EXCLUDING**
13      v.                        )  **TIME**
                                  )
14 ARNOLD D. BUTLER and           )
   YOLANDA BANKS,                 )
15                                )
              Defendants.         )
16                                )

17 ─────────────────────────────────

18
        It is hereby stipulated and agreed by and between the parties
19
   hereto, through their respective counsel, that the status conference
20
   presently scheduled in the above matter for December 7, 2010, be
21
   continued to January 4, 2011, at 9:30 a.m.
22
        This continuance is sought by defense counsel for defendant Banks
23
   to provide additional time for investigation and settlement
24
   negotiation.  Accordingly, the parties agree that time under the Speedy
25
   Trial Act shall be excluded through January 4, 2011, to provide
26
   reasonable time for defense preparation of the case, pursuant to 18
27
   U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).
28

                                      -1-

```
Dated: December 3, 2010              /s/ Candace A. Fry
                                  CANDACE A. FRY, Attorney for
                                  YOLANDA BANKS, Defendant


Dated: December 3, 2010           BENJAMIN B. WAGNER
                                  United States Attorney

                            By    /s/ Candace A. Fry for
                                  PHILIP A. FERRARI, Assistant
                                  United States Attorney


Dated: December 3, 2010              /s/ Candace A. Fry for
                                  JAN DAVID KAROWSKY, Attorney
                                  for ARNOLD D. BUTLER, Defendant

                                  (Signed for Mr. Ferrari and Mr.
                                  Karowsky with their prior
                                  authorization)
```

**O R D E R**

IT IS SO ORDERED.

    Dated: 12/6/2010

    /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-