CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for YOLANDA BANKS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> ARNOLD D. BUTLER and               )<br> YOLANDA BANKS,                     )<br>                                    )<br>            Defendants.             )<br>                                    ) | No. CR.S-10-421-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for January 25, 2010, be continued to March 1, 2011, at 9:30 a.m.

   The status of this case is as follows: as to defendant Butler, although a negotiated change of plea is contemplated, Mr. Butler's counsel will be commencing a felony trial in the state court on January 25 and unable to appear in this court; and, as to defendant Banks, negotiations to resolve this case continue and resolution by the next appearance date is desired.  Accordingly, the parties agree that time

-1-

under the Speedy Trial Act shall be excluded through March 1, 2011, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: January 21, 2011        /s/ Candace A. Fry
                               CANDACE A. FRY, Attorney for
                               YOLANDA BANKS, Defendant


Dated: January 21, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                         By    /s/ Candace A. Fry for
                               PHILIP A. FERRARI, Assistant
                               United States Attorney


Dated: January 21, 2011        /s/ Candace A. Fry for
                               JAN DAVID KAROWSKY, Attorney
                               for ARNOLD D. BUTLER, Defendant

                               (Signed for Mr. Ferrari and Mr.
                               Karowsky with their prior
                               authorization)


**O R D E R**

IT IS SO ORDERED.

   Dated: 1/21/2011

                /s/ John A. Mendez
                JOHN A. MENDEZ
                UNITED STATES DISTRICT JUDGE

-2-