CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for YOLANDA BANKS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>ARNOLD D. BUTLER and             )<br>YOLANDA BANKS,                   )<br>                                 )<br>            Defendants.          )<br>                                 ) | No. CR.S-10-421-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for March 1, 2011, be continued for one week to March 8, 2011, at 9:30 a.m.

The status of this case is as follows: as to defendant Butler, although a negotiated change of plea is contemplated, Mr. Butler's counsel will be in trial in the state court on March 1, 2011, and unable to appear in this court; and, as to defendant Banks, negotiations to resolve this case continue and resolution by the next appearance date is desired.  Accordingly, the parties agree that time

-1-

under the Speedy Trial Act shall be excluded through March 8, 2011, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: February 25, 2011          /s/ Candace A. Fry
                                  CANDACE A. FRY, Attorney for
                                  YOLANDA BANKS, Defendant


Dated: February 25, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                              By  /s/ Candace A. Fry for
                                  PHILIP A. FERRARI, Assistant
                                  United States Attorney


Dated: February 25, 2011          /s/ Candace A. Fry for
                                  JAN DAVID KAROWSKY, Attorney
                                  for ARNOLD D. BUTLER, Defendant

                                  (Signed for Mr. Ferrari and Mr.
                                  Karowsky with their prior
                                  authorization)


**O R D E R**

IT IS SO ORDERED.

   Dated: 2/25/2011


            /s/ John A. Mendez
            JOHN A. MENDEZ
            UNITED STATES DISTRICT JUDGE

-2-