CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for YOLANDA BANKS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-10-421-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| ARNOLD D. BUTLER and | ) | |
| YOLANDA BANKS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for March 8, 2011, be continued for one week to March 15, 2011, at 9:30 a.m.

The status of this case is as follows: as to defendant Butler, although a negotiated change of plea is contemplated, Mr. Butler's counsel will be in trial in the state court on March 8, 2011, and unable to appear in this court; and, as to defendant Banks, negotiations to resolve this case continue and resolution by the next appearance date is desired.  Accordingly, the parties agree that time

under the Speedy Trial Act shall be excluded through March 15, 2011, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: March 4, 2011  /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
YOLANDA BANKS, Defendant

Dated: March 4, 2011  BENJAMIN B. WAGNER
United States Attorney

By  /s/ Candace A. Fry for
PHILIP A. FERRARI, Assistant
United States Attorney

Dated: March 4, 2011  /s/ Candace A. Fry for
JAN DAVID KAROWSKY, Attorney
for ARNOLD D. BUTLER, Defendant

(Signed for Mr. Ferrari and Mr. Karowsky with their prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: 3/4/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE