1   CANDACE A. FRY
    CA Bar No. 68910
2   2401 Capitol Avenue
    Sacramento, CA  95816
3   Telephone:  (916) 446-9322
    FAX:  (916) 446-0770
4
    Attorney for YOLANDA BANKS,
5   Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR.S-10-421-JAM
                                     )
12                 Plaintiff,        )   **REQUEST AND ORDER CONTINUING**
                                     )   **STATUS CONFERENCE AND EXCLUDING**
13       v.                          )   **TIME**
                                     )
14  ARNOLD D. BUTLER and             )
    YOLANDA BANKS,                   )
15                                   )
                   Defendants.       )
16                                   )

17

18       It is hereby requested by the defendants, through their respective

19  counsel, that the status conference presently scheduled in the above

20  matter for March 15, 2011, be continued to April 19, 2011, at 9:30 a.m.

21       The status of this case is as follows: as to defendant Butler,

22  although a negotiated change of plea is contemplated, he has requested

23  of his counsel that co-defendant Banks' case first be resolved; and, as

24  to defendant Banks, negotiations to resolve this case continue and

25  resolution by the next appearance date is desired.  Accordingly, the

26  defendants agree that time under the Speedy Trial Act shall be excluded

27  through April 19, 2011, to provide reasonable time for defense

28                                  ///

                                    -1-

1 | preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)

2 | (Local Code T4), and request this court's entry of an order continuing

3 | the status conference to April 19, 2011, and excluding time through

4 | that date.

5 | Counsel for the Government, Philip A. Ferrari, requested via

6 | telephone call to the court that the March 8 appearance proceed for the

7 | purpose of taking defendant Butler's change of plea.  Defendant Butler

8 | is presently incarcerated in Butte County and it appears an inefficient

9 | use of resources to transport him here unless and until he is prepared

10 | to change his plea.  Mr. Ferrari is presently on leave from his office.

11 |

12 | Dated: March 14, 2011                    /s/ Candace A. Fry
13 |                                          CANDACE A. FRY, Attorney for
                                             YOLANDA BANKS, Defendant

14 |

15 | Dated: March 14, 2011                    /s/ Candace A. Fry for
16 |                                          JAN DAVID KAROWSKY, Attorney
                                             for ARNOLD D. BUTLER, Defendant

17 |                                          (Signed Mr. Karowsky with his
                                             prior authorization)
18 |

19 |
                              **O R D E R**
20 |

21 |
        IT IS SO ORDERED.
22 |
              Dated: 3/14/2011
23 |

24 |                               /s/ John A. Mendez
                                   JOHN A. MENDEZ
25 |                               UNITED STATES DISTRICT JUDGE

26 |

27 |

28 |

-2-