1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for YOLANDA BANKS,
5  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-10-421-JAM |
| Plaintiff, ) | **REQUEST AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ARNOLD D. BUTLER and YOLANDA BANKS, ) | |
| Defendants. ) | |

It is hereby requested by the defendants, through their respective counsel, that the status conference last calendared for March 15, 2011, be continued to May 10, 2011, at 9:30 a.m.

The status of this case is as follows: as to defendant Butler, a negotiated change of plea is contemplated on May 10, 2011; and, as to defendant Banks, negotiations continue and resolution by the next appearance date is desired.  Accordingly, the defendants agree that time under the Speedy Trial Act shall be excluded through May 10, 2011, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), and request

///

-1-

this court's entry of an order continuing the status conference to May 10, 2011, and excluding time through that date.

Dated: April 20, 2011                    /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
                                         YOLANDA BANKS, Defendant


Dated: April 20, 2011                    /s/ Candace A. Fry for
                                         JAN DAVID KAROWSKY, Attorney
                                         for ARNOLD D. BUTLER, Defendant


Dated: April 20, 2011         BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                         By    /s/ Candace A. Fry for
                              PHILIP A. FERRARI, Assistant
                              United States Attorney

                              (Signed Mr. Karowsky and Mr.
                              Ferrari with their prior
                              authorizations)


**O R D E R**

IT IS SO ORDERED.

        Dated: 4/21/2011


                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    UNITED STATES DISTRICT JUDGE